UNITED STATES BANKRUPTCY COURT
NEW JERSEY DISTRICT

Order Filed on August 12, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

STEPHANIE SHRETER, ESQUIRE
105 High Street
Mount Holly NJ 08060
609-265-9600
Attorney for the Debtor(s)

In Re:

**Jacque P. Howard**

Debtors

:Case #16-22856
:Chapter 13
:
:Hearing Date: August 10, 2016
:Judge: Kathryn C. Ferguson

**ORDER TO IMPOSE THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: August 12, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been opened to the Court by Stephanie Shreter, Esq., attorney for the Debtor, and Stephanie Shreter having appeared on behalf of the Debtor and good cause having been shown;

It is on this 10th day of August, 2016 ORDERED and ADJUDGED that the debtor having satisfied the requirements of 11 U.S.C.362 (c)(3)(B) the automatic stay shall be imposed.

United States Bankruptcy Court
District of New Jersey

In re:  
Jacque P. Howard  
    Debtor

Case No. 16-22856-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 12, 2016  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2016.  
db         Jacque P. Howard,   755 Franklin St,   Trenton, NJ   08610-6111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2016 at the address(es) listed below:  
        Albert   Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Stephanie   Shreter    on behalf of Debtor Jacque P. Howard shreterecf@comcast.net  
                                               TOTAL: 3