Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−22856−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jacque P. Howard
  755 Franklin St
  Trenton, NJ 08610−6111

Social Security No.:
  xxx−xx−6732

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/25/16.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 25, 2016
JJW: bwj

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-22856-KCF
Jacque P. Howard                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1           Date Rcvd: Oct 25, 2016
                              Form ID: 148           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2016.
db              Jacque P. Howard,    755 Franklin St,    Trenton, NJ  08610-6111
516270382       Calvary,    att: Bass & Assoc,P.C.,    3936 E Fort Lowell Rd Ste 200,    Tucson, AZ  85712-1083
516270390       M&T Ban,    PO Box 1288,    Buffalo, NY  14240-1288
516270386      +debt recovery,    900 Merchants Concourse,    Westbury, NY  11590-5121
516270391       mccabe weisburg and conway,    216 Haddon Ave Ste 201,    Westmont, NJ  08108-2818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2016 23:01:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2016 23:01:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,  Suite 2100,
                 Newark, NJ 07102-5235
516270381      +EDI: RMCB.COM Oct 25 2016 22:38:00      AMCA,    2269 s saw ml,    Elmsford, NY 10523-3832
516270383      +EDI: CAPITALONE.COM Oct 25 2016 22:38:00      Capital One,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
516270384      +EDI: WFNNB.COM Oct 25 2016 22:38:00      Comenity Bank/Brylane,    Po Box 182782,
                 Columbus, OH 43218-2782
516270385      +EDI: CCS.COM Oct 25 2016 22:38:00      Credit Collection Service,    Po Box 9136,
                 Needham, MA 02494-9136
516270387       EDI: DISCOVER.COM Oct 25 2016 22:38:00      Discover,    Po Box 3008,
                 New Albany, OH  43054-0000
516279503       EDI: DISCOVER.COM Oct 25 2016 22:38:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
516270388      +EDI: RMSC.COM Oct 25 2016 22:38:00      Ge/Jc Penney,    Po Box 965007,    Orlando, FL 32896-5007
516270389      +EDI: CBSKOHLS.COM Oct 25 2016 22:38:00      Kohls,    Po Box 3115,    Milwaukee, WI 53201-3115
516319086       E-mail/Text: camanagement@mtb.com Oct 25 2016 23:01:42      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
516270392       EDI: AGFINANCE.COM Oct 25 2016 22:38:00      Springleaf Financial,    4611 Nottingham Way,
                 Trenton, NJ  08690-0000
                                                                                               TOTAL: 12

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2016 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephanie  Shreter    on behalf of Debtor Jacque P. Howard shreterecf@comcast.net
                                                                                               TOTAL: 4